IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CAMERON MILLS ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**C. PENA,**<br><br>Defendant. | 2:20-cv-01364 KJM DMC<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge: The Honorable Dennis M. Cota<br>Trial Date: Not Set<br>Action Filed: July 8, 2020 |

Good cause appearing, Defendant's First Request for Extension of Time to file a response to Plaintiff's complaint is GRANTED. Defendant shall respond to the Complaint on or before July 23, 2021.

Dated: May 24, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1