1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **CAMERON MILLS ANDERSON,**              Case No. 2:20-cv-01364 KJM DMC

13                                Plaintiff,   **ORDER**

14          **v.**

15

16   **C. PENA,**

17                                Defendant.

18

19        Plaintiff Cameron Mills Anderson, an inmate proceeding pro se and under 42 U.S.C. §

20   1983, claims Defendant C. Pena was deliberately indifferent to his serious medical needs in

21   violation of the Eighth Amendment.  On August 9, 2021, the Court issued an order referring the

22   case to its Post-Screening ADR Project and stayed the action for a period of 120 days.  ECF No.

23   26.  On September 8, 2021, after investigating the claims, speaking with the Plaintiff, and

24   conferring with supervising counsel, Defendant filed a Motion to Opt Out of the ADR Project on

25   the grounds that a settlement conference would not be beneficial.

26   / / /

27   / / /

28   / / /

1

1        Good cause appearing, the Court **GRANTS** Defendant's Request, ECF No. 27, to Opt Out

2    of the ADR Project.

3        **IT IS SO ORDERED**.

4

5    Dated:  September 9, 2021

6                                 DENNIS M. COTA

                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28